No. 309. CANTOR ET AL. *v.* GOVERNOR CLINTON CO., INC. On petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit. September 3, 1941. Dismissed per stipulation pursuant to Rule 35. *Mr. George C. Levin* for petitioners. *Mr. Brison Howie* for respondent.

No. 262. WAGNER SIGN SERVICE, INC. *v.* MIDWEST NEWS REEL THEATRES, INC. On petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit. September 13, 1941. Dismissed per stipulation pursuant to Rule 35. *Mr. A. G. McCaleb* for petitioner. *Mr. Arthur A. Olson* for respondent.

No. 27. CRENSHAW *v.* UNITED STATES. Certiorari, 313 U. S. 596, to the Circuit Court of Appeals for the Sixth Circuit. September 24, 1941. Dismissed per stipulation pursuant to Rule 35. *Messrs. L. E. Gwinn* and *Charles C. Grassham* for petitioner. *Assistant Solicitor General Fahy* for the United States.

